IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BMG MUSIC, et al., | No. C 05-01749 SI |
| Plaintiffs, | **DEFAULT JUDGMENT** |
| v. | |
| TONJA RAMIREZ, | |
| Defendant. | |

Based upon plaintiffs' Application for Default Judgment, and good cause appearing therefor, it is hereby ordered and adjudged that:

1. Plaintiffs seek the minimum statutory damages of $750 per infringed work, as authorized under the Copyright act (17 U.S.C. § 504(c)(1)), for each of the eleven sound recordings listed in Exhibit A to the complaint. Accordingly, having been adjudged to be in default, defendant shall pay damages to plaintiffs for infringement in the total principal sum of $8,250.00.

2. Defendant shall further pay plaintiffs' costs of suit herein the amount of $442.00.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: November 7, 2005

SUSAN ILLSTON
United States District Judge