```
STEVEN A. BOOSKA (BAR NO. 107899)
Attorney at Law
250 Montgomery Street, #720
San Francisco, CA 94104
Telephone: (415) 397-4345

Attorney for Plaintiff
```

RECEIVED

OCT 2 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BMG MUSIC, | NO. C-05-01749 SI |
| | MISC CASE FILE |
| Plaintiff, | WRIT OF EXECUTION |
| v. | |
| TONJA RAMIREZ, | |
| Defendants. | |

UNITED STATES OF AMERICA, ss:

THE PRESIDENT OF THE UNITED STATES OF AMERICA

To the Marshall of the Eastern District of California:

WHEREAS, on the 8th day of November, 2005, BMG MUSIC, in the United States District Court, District of California, court case number C-05-01749 against TONJA RAMIREZ, for the sum of $8,692.00.

Now you, the said U.S. Marshal, are hereby commanded to satisfy the Judgment as provided by law, and your costs and disbursements out of the personal property of said debtors or

1  if sufficient thereof cannot be found, then out of the real
2  property belonging to said debtors on the day whereon the
3  judgment was entered or at any time thereafter, and made return
4  of this writ within sixty days after you receipt hereof, with
5  what you have done endorsed hereon.

8  DATE: _____

   _____
   U. S. DISTRICT COURT JUDGE

16 (seal)